Ray Anthony Miles #0105740
Name

P.O. Box 1568

Hutchinson, Ks 67504
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Ray Anthony Miles, Plaintiff
(Full Name)

v.

State of Kansas, Defendant(s)

CASE NO. 18-3168-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Ray Anthony Miles (Plaintiff), is a citizen of Kansas (State), who presently resides at HCF P.O. Box 1568 Hutchinson, Kansas 67504 (Mailing address or place of confinement.)

2) Defendant State of Kansas (Name of first defendant) is a citizen of 120 SW 10th Topeka, KS 66612 (City, State), and is employed as Atty. General & District Atty. (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

The State of Kansas prosecuted me and place me in prison without due process under the Fourteenth Amendment and my right to a speedy trial under the Six Amendment

1

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

3) Defendant _____ is a citizen of
(Name of second defendant)

_____, and is employed as
(City, state)

_____. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

I ans place in prison without due process. The judge committed misconduct, the prosecutor committed misconduct, they used tampered evidence, perguey statement from there witness, they alter the court record, they withheld evidence, they violated my speedy trial right, the prosecutions made false statement, and they prevent me from having a right to an appeal, and prosecutor was a Racist, Ineffective Assistance of Counsel

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Six Amendment - (Right to A Speedy Trial)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I was Arrested 5/23/12 I didn't go to trial until 11/5/2012. (These are the people involved) Wendell Betts, Chad Taylor, Veronica Dersch are to make sure my Right to a Speedy trial is protective (see Attach A&O)

B) (1) Count II: Fourteenth Amendment - (My Due Process Right And My Right to Equal Protection of the Law)

(2) Supporting Facts: From 5/11 to 8/11 of 2012 Wendell Betts, Chad Taylor, And Veronica Deersh And Judge Evelyn Wilson fail to assure my due process Right And my Right to equal protection See Attach Sheet

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983    3

C) (1) Count III: _Six Amendment - (My Right to Effective Assistance of Counsel_

(2) Supporting Facts: _My lawyer Wendell Betts And Christina Kerls fail to protect And Argue my Right to A speedy, Due Process Right, And My Equal Protection of the Law) (See Attach Sheet)_

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983                              4

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I file an appeal with Kansas Appeal court

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

25 Billion for: every day I have serve, every year I miss a chance at winning lottery, every medical condition I attain while in prison, for every chance I miss gambling with Vagas, and every year I miss having sex and all the mental suffering I have endured

Pro Se
Signature of Attorney (if any)

Ray A. Miles
Signature of Plaintiff

HCF ~~###~~ P.O. Box 1568
Hutchinson, KS 67504

(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## State Officials And Witnesses Involved

Chief Justice Lawton R. Nuss, Appellate Judges Burns And Hill, Appellate Clerks Bates And Shima, District Court Judges Parrish And Wilson, Clerks of the District Court, D.A. Chad Taylor, A.D.A. Veronica Dersch, Jason E. Geier, And Emily A. Yessen, The new D.A., A.D.A. Brett Watson, P.O. Wendell Betts, App. Defender Christina Kerls, State Witnesses: Adam Arensdorf, Jon Soden, Jon James, Cary Lahum, Greg Palmer, Roger Brokke, Robert Peppers

## Facts

On the 23rd of May, 2012, I went to WIBW seeking help, because my civil right had been violated, by the federal Clerk of Court. I ask Jon James for a investigator so I can show them my evidence. He said there was no help for me. I got mad and left. Walk about 50 to 100 feet, turn around and came back. When I got back the front door was lock, so I stood there looking at Mrs. James. She ask me to leave but I wouldn't, she went and got Robert Peppers as a witness. She ask me to leave again, but I wouldn't. Then she said she was going to call the police, and that when I got really mad. I said, you going to call the police. I turn around, pick up a lamp and broke the front door glass. I put the lamp down, pick up my bag, and proceeded into the building. Peppers went back to his office, Mrs. James went down the hall and to the right. I followed Mrs. James down the hall, I encounter two young white male. They said they was looking for me. I ask them what they wanted to do. They turn and went back the way they came. I turn and went back the way I came, and thats when I saw Jon James and Cary Lahum. I ask James was he going to help me, he said for me to leave, and thats when I push him. For some reason Cary Lahum started

throwing punches, I ducked hit him in his eye. Brokke came and tryed to grab me I move and hit him. Palmer came and grabbed my bag and spented me around. The other recovered and helped him take me to the floor. While on on the floor Brokke and Palmer began bending my fingers, Palmer also gouge me in the eye. Another guy came and got on top and went to stomping me. Thats when I remembered my knife. I got my right hand loose, reach in my pocket, got my knife and stabbed Brokke and Palmer. Somebody came and poured a cup of water on me. T.P.D. came and cuffed me, put me in their car and took me to the V.A. for an examation. I was taken from there to the police station, where I gave the a statement of what happen. From there, I was taken to the Shawnee County Jail. On the 24th I had a bond hearing and place back in jail. On the 31st I was order to take a competent evaluation. Deem competent on the 14th of June. I should have went to trial any time from 15th of June to 22nd of Sept., trial didn't state until 144 days later. On the 6th of Nov. A.D.A. Dersch lied in her opening statement, Soden, Peppers lied in their testimonies (map), Jon James lied about the surveillance video and the map, Palmer lied about the event he saw and the map, the prosecution used tampered evidence (video), false evidence (testimonies, map), Judge Wilson wasn't impartiality and fair in her persiding of the case, P.D. Betts fail in his job representing me on the 30th of July 6th and 7th of Nov. On the 7th of Nov, Lahnum lied in his testimonies (kicking + map), App. Defender Keels fail in her repersentation (10th Jan 2015 and 24th March 2014), Chief Justice Nuss denied my supplemental brief that merit (6-3-15), the Apellate Court also but dont remember the date, Also Atty. Betts and Atty. Keels investigate and defend my constitution and state right, On the 7th of Nov 2012 Det Arensdort fail to stat the fact in his testimony.